[No. 36008-0-II.   Division Two.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN DUNLAP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01690-6, Lisa R. Worswick, J., entered February 16, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 24935-2-III.   Division Three.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONTA L. BLACKMON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03118-5, Salvatore F. Cozza, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 25397-0-III.   Division Three.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL LEE SHAFER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01068-2, Ruth Reukauf, J., entered June 30, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25804-1-III.   Division Three.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY ALAN GANTT, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-1-00107-8, Scott R. Sparks, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.